Adrian GIBSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 38217.

Missouri Court of Appeals, Western District.

Jan. 6, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1987.

Application to Transfer Denied April 14, 1987.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from dismissal, without evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).